IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MICHAEL J SNELLING, JR,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| VS. | : | NO. 5:22-CV-00153-MTT-CHW |
| | : | |
| **GEORGIA DEPARTMENT OF CORRECTIONS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## **ORDER**

Presently pending before the Court are the claims of *pro se* Plaintiff Michael J. Snelling, Jr., an inmate most recently confined in the Hays State Prison in Trion, Georgia. On May 3, 2022, Plaintiff was ordered to recast his Complaint on the Court's standard form and either pay the Court's $402.00 filing fee or file a proper and complete motion for leave to proceed *in forma pauperis*. Plaintiff was given fourteen (14) days to comply, and he was warned that the failure to timely and fully comply with the Court's orders and instructions could result in the dismissal of his Complaint. *See generally* Order, May 3, 2022, ECF No. 4.

Within the time for compliance, Plaintiff filed a letter with the Court referencing several of his cases. Although the specific relief sought is unclear from the letter, Plaintiff advised the Court that he "wasn't getting [his] mail on time" and has therefore been having difficulty meeting the Court's deadlines. Letter 1, May 23, 2022, ECF No. 5. The Court will construe Plaintiff's letter as a request for an extension of time to comply with the

Court's May 3, 2022 Order in this case and provide Plaintiff with an additional **FOURTEEN (14) DAYS** from the date of this Order to fully comply. To the extent Plaintiff intends for his letter to provide additional information to the Court about the above-captioned action, Plaintiff should include in his Recast Complaint any facts, requests for relief, or other additional information Plaintiff wants the Court to consider in this case. The Court will not consider any information in Plaintiff's letter in determining whether the Recast Complaint states a claim upon which relief may be granted. To the extent Plaintiff is requesting that the Court take some sort of action in any of Plaintiff's other cases, Plaintiff must file a motion making that request in each of those other cases.

To reiterate, Plaintiff now has **FOURTEEN (14) DAYS** from the date of this Order to fully comply with the Court's May 3, 2022 directing Plaintiff to recast his Complaint on the Court's standard form and either pay the filing fee in full or submit a complete and proper motion for leave to proceed *in forma pauperis* in this action. Plaintiff is further reminded of his obligation to notify the Court immediately in writing of any change in his mailing address. **Failure to fully and timely comply with the Court's orders and instructions may result in the dismissal of the Complaint.** There shall be no service of process until further order of the Court.

**SO ORDERED**, this 24th day of May, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge