IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL J SNELLING, JR, :
:
        Plaintiff, :
:
VS. : NO. 5:22-CV-00153-MTT-CHW
:
GEORGIA DEPARTMENT OF :
CORRECTIONS, :
:
        Defendant. :
:

## ORDER

    Presently pending before the Court is a Complaint filed by *pro se* Plaintiff Michael J. Snelling, Jr., an inmate currently housed at Hays State Prison in Trion, Georgia, seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). On May 3, 2022, Plaintiff was ordered to recast his Complaint on the Court's standard form and submit a proper and complete motion for leave to proceed *in forma pauperis*. Plaintiff was given fourteen (14) days to comply and was warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of his Complaint. *See generally* Order, May 3, 2022, ECF No. 4.

    Plaintiff subsequently filed a letter referencing several of his cases and advised the Court that he was not receiving his mail on time. Letter 1, May 23, 2022, ECF No. 5. The Court thus liberally construed Plaintiff's letter as a motion for an extension of time to comply with the Court's May 3, 2022 Order and provided Plaintiff with an additional fourteen (14) days to comply. Plaintiff was again reminded that the failure to timely and

fully comply with the Court's orders and instructions would result in the dismissal of his Complaint.  *See generally* Order, May 24, 2022, ECF No. 6.

On June 7, 2022, Plaintiff submitted a document titled "Reopen for Appeal and for Brief of Trial on All Case's You See on Each Page," which the Court received on June 15, 2022. ECF No. 7.  This document again references 14 other cases Plaintiff has filed in this Court and makes claims about delays in mail and other wrongdoing at various facilities where Plaintiff has been confined, but it does not request any specific relief and does not address the Court's order to recast the complaint and file a proper motion to proceed *in forma pauperis*. To the extent that this ECF No. 7 seeks any relief, it is **DENIED**.

The extended time for compliance has now passed without a response from Plaintiff. Failure to comply with the orders and instructions of the Court is grounds for dismissal. Plaintiff is therefore **ORDERED** to **RESPOND** and **SHOW CAUSE** why this action should not be dismissed.  Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to respond and to comply with the Court's previous orders and instructions. **Failure to fully and timely comply with this Order will result in the dismissal of Plaintiff's Complaint.**  Plaintiff is also reminded of his obligation to notify the Court in writing of any change in his mailing address.  There shall be no service of process until further order of the Court.

**SO ORDERED**, this 24th day of June, 2022.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge