IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL J SNELLING, JR., | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-000153-MTT-CHW |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 27, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 27th day of July, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk